# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                        Plaintiff,<br><br>v.<br><br>IMPERIAL MARKET INVESTORS, LLC, and AUTOZONE WEST LLC,<br><br>                        Defendants. | Case No. 20-cv-1478-MMA (BGS)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS**<br><br>[Doc. No. 16] |

The parties have filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). *See* Doc. No. 16. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**. Each party shall bear its own attorneys' fees and costs. The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

**IT IS SO ORDERED**.

Dated: December 2, 2020

                                              HON. MICHAEL M. ANELLO
                                              United States District Judge